# EXHIBIT A

From: seannegan@sneganlaw.com [mailto:seannegan@sneganlaw.com]
Sent: Tuesday, November 15, 2016 5:45 PM
To: Paul D. Marotta <paul@tclg.com>
Subject: Reply Brief

Paul

By my reckoning, my reply brief is due November 25th, the day after Thanksgiving. Given the holidays and some commitments the week after, I wonder if you could give me up through December 5 to file my reply. Please advise. Thanks.

Sean

From: Paul Marotta

Sent: Tuesday, November 15, 2016 7:34 PM

To: seannegan@sneganlaw.com

Subject: RE: Reply Brief

Nope.

Paul

From: Sean N Egan [mailto:seannegan@sneganlaw.com]
Sent: Tuesday, November 15, 2016 6:46 PM
To: Paul Marotta <paul@tclg.com>
Subject: Re: Reply Brief

And your reasoning?

On Nov 15, 2016, at 8:01 PM, Paul Marotta <paul@tclg.com> wrote:

I don't need any reasons Sean.

That said, (i) your client can have relief through the arbitration award so they are wasting everyone's time, (ii) there is nothing you can do to save your motion, so bringing the motion has wasted everyone's time, (iii) if, in fact, your reply is due on the 25th, you still have 10 days, so get 'er done [and see item (ii) above], and (iv) you didn't bother to engage in discovery before bringing your motion and you have no admissible evidence from our client, so you have no basis for claiming facts are undisputed [and see item (ii) above], which has wasted our time.