IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GENA GOLDEN et al., <br><br> Plaintiffs, <br> v. <br><br> MENTOR CAPITAL, INC. et al., <br><br> Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY <br><br> Case No. 2:15-cv-176 JNP <br><br> District Judge Jill Parrish <br><br> Magistrate Judge Brooke Wells |

Previously the court granted Counter-claim Defendant Scott Van Rixel's Motion to Quash.[1] In that order the court stated "When the question regarding jurisdiction is resolved Mentor may move the court to extend discovery as to Van Rixel."[2] On August 3, 2017, Judge Parrish entered an order resolving the questions of jurisdiction raised by Van Rixel.[3] Mentor now moves to lift the temporary stay of discovery and extend the discovery cut-off date as to Van Rixel. In addition, Mentor asks the court to reinstate the discovery requests served on Van Rixel in April 2017 so as to "avoid any further waste of time."[4]

The court has carefully considered the motion, the history of this case, the prior orders entered and finding good cause shown GRANTS the Motion to Extend Discovery and Lift the Stay.

IT IS HEREBY ORDERED that the temporary stay of discovery as to Mr. Van Rixel is lifted and the discovery requests served in April 2017 are reinstated. Mr. Van Rixel is given fourteen (14) days from the date of this order to respond to the discovery request.

---

[1] Memorandum decision and order granting motion to quash, docket no. 97.

[2] *Id.* p. 2.

[3] Memorandum decision and order denying motion to dismiss, docket no. 110.

[4] Motion requesting lift of stay p. 3, docket no. 113.

IT IS SO ORDERED.

DATED this 18 August 2017.

Brooke C. Wells
United States Magistrate Judge